UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
PETER HAMILTON,                              :
                                             :   CASE NO.: 20-cv-01227-LJL
               Plaintiff,                    :
                                             :
  -against-                                 :
                                             :
AQUAVENTURE HOLDINGS LIMITED,                :
ANTHONY IBARGUEN, DEBRA COY,                 :
HUGH EVANS, PAUL HANRAHAN, DAVID             :
LINCOLN, CYRIL MEDUÑA, RICHARD F.            :
REILLY, and TIMOTHY WHALL,                   :
                                             :
               Defendants.                   :
-------------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: March 5, 2020                                  Respectfully Submitted,

                                                                **MONTEVERDE & ASSOCIATES PC**

                                                                */s/ Juan E. Monteverde*
                                                                Juan E. Monteverde (JM-8169)
                                                                The Empire State Building
                                                                350 Fifth Avenue, Suite 4405
                                                                New York, New York 10118
                                                                Tel: 212-971-1341
                                                                Fax: 212-202-7880

                                                               *Attorney for Plaintiff*